

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,964-03

**EX PARTE JAMES HALSELL, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2015-CR-7747-W3 IN THE 437TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam.*

## ORDER

Applicant pled nolo contendere in an open plea to Count II- Money Laundering $20k-$100K; Count IV - Money Laundering $20k-$100K; Count VI- Forgery; Count VII- Forgery; Count VIII- Forgery; and Count IX- Securing the Execution of a Document by Deception over $200K and was found guilty and sentenced to the Texas Department of Criminal Justice - Institutional Division for three (3) years confinement in Count II; three (3) years confinement in Count IV; one (1) year confinement in Count VI; one (I) year confinement in Count VII; one (I) year confinement in Count VIII; and five (5) years confinement in Count IX. The Court of Appeals affirmed his conviction. *Halsell v. State*, No. 04-17-00206-CR (Tex. App. —San Antonio, June 14, 2017). Applicant filed

this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims that the Texas Board of Pardons and Parole violated due process by denying him parole are without merit. Therefore, we deny relief.

Applicant's remaining claims challenging his conviction on the grounds of false statements or allegations in Count IX, and the qualifications of Count IX as a felony are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Delivered: October 7, 2020
Do not publish